UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELANIE RASMUSSEN,

                                        Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                                        Defendant.

Case No. 3:14-cv-05007-RJB-KLS

ORDER TO SHOW CAUSE REGARDING
FILING OF OPENING BRIEF

        This matter comes before the Court on plaintiff's failure to file an Opening Brief. On

September 17, 2014, the Court issued an order directing plaintiff to file her Opening Brief by

October 15, 2004. See ECF #11. To date, however, she has not done so. Accordingly, plaintiff

shall seek to cure this deficiency by filing her Opening Brief by **no later than November 19,**

**2014**. Defendant's responsive brief shall be due by **no later than December 17, 2014**. Plaintiff's

reply brief shall be due by **no later than December 31, 2014**.

        **Plaintiff should be aware that failure to file an Opening Brief by the above date**

**shall be deemed a failure to properly prosecute this case, resulting in a recommendation**

**that this matter be dismissed.**

        DATED this 22nd day of October, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1