UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELANIE RASMUSSEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. C14-5007 RJB<br><br>ORDER DECLINING TO ADOPT<br>REPORT AND RECOMMENDATION<br>AND RE-REFERRING MATTER TO<br>UNITED STATES MAGISTRATE JUDGE |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 14. The Magistrate Judge recommends that Plaintiff's motion to withdraw her complaint be granted. *Id*.

In response to the Report and Recommendation, Plaintiff moves to withdraw her motion for voluntary dismissal and requests the appointment of counsel. Dkt. 15. Although Plaintiff states that she is unable to afford an attorney, Plaintiff has not provided the Court with a sufficient showing that an appointment of counsel would be appropriate. Plaintiff should be given the opportunity to do so.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, Plaintiff's request to withdraw the motion for voluntary dismissal and for appointment of counsel, and the remaining record, does hereby find and **ORDER**:

(1) The Court declines to adopt the Report and Recommendation; and

ORDER - 1

(2) The matter is **re-referrred** to the United States Magistrate Judge for consideration of Plaintiff's request for appointment of counsel.

DATED this 23rd day of December, 2014.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 2