# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MELANIE RASMUSSEN,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:14-CV-05007-RJB-KLS

ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

    The Court's prior concern, that plaintiff be given an opportunity to request appointment of counsel (Dkt. 15), has been addressed. *See* Dkt. 18-21. Having reviewed plaintiff's complaint (Dkt. 3), the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge (Dkt. 22), objections to the report and recommendation, if any, and the remaining record, the Court does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation; and

    (2)    plaintiff's complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

    DATED this 4th day of May, 2014.

                                        ROBERT J. BRYAN
                                        United States District Judge

ORDER - 1